UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH VAUGHN, *et al.*,
       Plaintiffs,

-v-

THE 3M COMPANY, *et al.*,
       Defendants.

24-CV-3084 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, New York County, on April 22, 2024. (ECF No. 1.) Counsel for Plaintiffs are directed to file an appearance with this Court no later than May 14, 2024.

  Counsel for Defendants shall serve a copy of this order on counsel for Plaintiffs by April 30, 2024.

  SO ORDERED.

Dated: April 23, 2024
   New York, New York

_____
J. PAUL OETKEN
United States District Judge